<pre>
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
</pre>

| | |
|---|---|
| TRAVEL TAGS, INC., | Civil No. 09-1619 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| UV COLOR, INC. AND INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC., | |
| Defendants, | |

This matter is before the Court on the parties' joint stipulation for an extension of time, filed April 19, 2010 [Docket No. 205].

**IT IS HEREBY ORDERED** that each party shall have an extension until May 24, 2010 in which to file responsive *Markman* memoranda. In addition, Travel Tags, Inc. shall have until June 4, 2010 to file its response to Defendants' summary judgment motion.

Dated: April 20, 2010
at Minneapolis, Minnesota                    _____ s/ John R. Tunheim_____
                                                   JOHN R. TUNHEIM
                                                United States District Judge