# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TRAVEL TAGS, INC., | Civil No. 09-1619 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| UV COLOR, INC. AND INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC., | |
| Defendants, | |

This matter is before the Court on plaintiff's motion to strike, filed June 2, 2010 [Docket No. 234]. The Court has reviewed the motion and the memorandum in opposition that was filed. It is the Court's position that the 12,000 word limit should apply to the combined word total of the initial brief and the rebuttal brief.

**IT IS HEREBY ORDERED**:

1. Plaintiff's motion to strike is **GRANTED.**

2. Defendants are instructed to refile their rebuttal brief so that the combined word limit between the initial brief and the rebuttal brief does not exceed 12,000 words. The defendants may have until June 16, 2010 to file their amended rebuttal brief.

Dated: June 9, 2010
at Minneapolis, Minnesota

　　　　　s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge