# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TRAVEL TAGS, INC., | Civil No. 09-1619 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| UV COLOR, INC. and INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC., | |
| Defendants. | |

David R. Fairbairn, Matthew J. DeRuyter, and Stuart A. Nelson, **KINNEY & LANGE, PA**, 312 South Third Street, Minneapolis, MN 55415-1002; and William Z. Pentelovitch, Alain M. Baudry, D. Scott Aberson, and Haley N. Schaffer, **MASLON EDELMAN BORMAN AND BRAND, LLP**, 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for plaintiff.

Bradley W. Grout, **HUNTON & WILLIAMS LLP**, 600 Peachtree Street N.E., Suite 4100, Atlanta, GA 30308; Maya M. Eckstein and Shelley L. Spalding, **HUNTON & WILLIAMS LLP**, Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, VA 23219; and Lora M. Friedemann, Kurt J. Niederluecke, and Laura L. Meyers, **FREDRIKSON & BYRON, P.A.**, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425, for defendants.

This matter is before the Court on defendants' motion for summary judgment and plaintiff's motion to exclude the testimony of Jack D. Grimes.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendants' motion for summary judgment [Docket No. 183] and plaintiff's motion to exclude the testimony of Jack D. Grimes [Docket No. 212] are

**DENIED AS MOOT**. The motion hearing previously scheduled for October 21, 2010 is now canceled.

DATED: October 13, 2010
at Minneapolis, Minnesota.

                                                    s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                               United States District Judge